UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **HERMAN MORGAN** | **CIVIL ACTION NO. 5:22-cv-04232** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **FOREMOST INSURANCE CO GRAND RAPIDS MICHIGAN** | **MAG. JUDGE KATHLEEN KAY** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 20] previously filed herein, having thoroughly reviewed the record, noting the lack of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Herman Morgan's ('Morgan") civil rights complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE,** for failure to prosecute and abide by the orders of the Court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Morgan has the right to reinstate this civil action claim with this court within thirty (30) days for good cause shown, per W. D. La. Loc. Civ. R. 41.3, with any such showing being made in writing and filed into the record of this matter.

**MONROE, LOUISIANA,** this the 20th day of December 2023.

                                                     **TERRY A. DOUGHTY**
                                                   **UNITED STATES DISTRICT JUDGE**